UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KYRON M. SANDS,
    *Plaintiff*,

v.

DEPUTY WARDEN MUDANO, *et al.*,
    *Defendants*.

No. 3:16-cv-01941 (JAM)

**ORDER DISMISSING CASE**

Plaintiff, Kyron M. Sands, is required by local court rules to keep the Court informed of an address within the District of Connecticut at which he may be served with process. D. Conn. L. Civ. R. 83.1(c)2. Plaintiff is aware of this requirement as he has previously filed a change of address notices in this case. *See* Doc. #22; Doc. #29.

On April 24, 2018, an order sent to plaintiff at the address on file was returned to the Court marked undeliverable. Since then, plaintiff has not updated his address. The Court concludes, therefore, that plaintiff has not complied with local court rules.

This matter is hereby **DISMISSED** without prejudice. The Clerk is directed to close this case. Plaintiff may move to reopen the case provided he can demonstrate good cause for failing to comply with court rules regarding his address and provide a service address within this district.

It is so ordered.

Dated at New Haven this 26th day of June 2018.

                                            /s/ *Jeffrey Alker Meyer*
                                            Jeffrey Alker Meyer
                                            United States District Judge